UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60153 – CIV-ROSENBAUM/HUNT

BRETT BOLTON, M.D., an individual,

      Plaintiff,
vs.

BOSLEY, INC., a California corporation,
and ADERANS CO. LTD, a Japanese
corporation,

      Defendants.
_____/

**PARTIES' JOINT INTERIM STATUS REPORT**

Brett Bolton, M.D., Bosley, Inc. and Aderans Co. Ltd (collectively, the "Parties") submit this Interim Joint Status Report as required by the Court's March 25, 2013 Scheduling Order and Order of Referral to Mediation (the "Order"). The Parties responses to the questions set forth in the Order are provided below:

| Questions | Parties' Responses |
|---|---|
| a) Have all defendants been served? If not, state the reasons. | Yes. |
| b) Have all defendants responded to the complaint? If not, state the reasons. | Yes. |
| c) If this is a class action, has a motion for class certification been filed? If so, what is its status? | Not applicable |
| d) Have the parties agreed on and selected a mediator? <br><br> Have the parties agreed upon a place, date, and time for mediation? | Yes, the Parties have agreed on and selected a mediator. <br><br> No |

1

| | |
|---|---|
| e)  Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (*e.g.*, ongoing, impasse, etc.) and the relative prospects for resolution through informal means. | No.  The lines of communication are open; however, none of the Parties have initiated such negotiations. |
| f)  Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline.  If not, explain the reasons. | Defendants have responded to Plaintiff's First Set of Requests for Production of Documents and Bosley Inc. has propounded Defendant's First Set of Interrogatories to Plaintiff.  Defendants have also propounded a first request for production of documents.  Responses to same are due July 1, 2013.<br><br>The Parties reasonably believe that they will be able to complete discovery by the Court's deadline. |
| g)  Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set. | In Defendant's Response to Plaintiff's First Set of Requests for Production of Documents, potential defendants, AffiliateCrew, Inc. and AffiliateCrew, Inc.'s subcontractor, John Croan, were revealed.  If, after an investigation, the Plaintiff finds that there are sufficient facts to warrant addition of this company and individual to the present lawsuit, the Plaintiff will petition the Court for such.<br><br>Please note Defendants will object to the addition of parties as the deadline for same has passed. |

Respectfully submitted this 20th day of June, 2013.

_____

Michael Bradford Walker
Florida Bar No. 98823
michael@walkermcgrath.com
Morgan J. McGrath
Florida Bar Number: 98685

2

morgan@walkermcgrath.com
WALKER McGRATH PLLC
101 NE Third Avenue, Suite 1514
Fort Lauderdale, FL 33301
Telephone:   (305) 790-1314
Facsimile:     (305) 675-6459

Of Counsel:

Robert H. Thornburg
Florida Bar No. 630829
rthornburg@addmg.com
Matthew N. Horowitz
Florida Bar No. 98564
mhorowitz@addmg.com
ALLEN, DYER, DOPPELT, MILBRATH
        & GILCHRIST, P. A.
1221 Brickell Avenue, Suite 2400
Miami, FL 33131
Telephone: 305-374-8303
Facsimile:   305-374-8306

Counsel to Plaintiff Dr. Brett Bolton

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that June 20, 2013, I electronically mailed the foregoing document to Daniella Friedman (friedman@tdflaw.com) and Tom Thornton (thornton@tdflaw.com).

Michael B. Walker
Morgan J. McGrath
Walker McGrath PLLC
Tower 101
101 NE Third Avenue
Fort Lauderdale, FL 3301

_____
**Michael Bradford Walker**