UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60153-CIV-ROSENBAUM/HUNT

BRETT BOLTON, M.D., an individual,

    Plaintiff,

v.

BOSLEY, INC., a California corporation,
and ADERANS CO. LTD, a Japanese
corporation,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Attorneys Robert H. Thornburg, Esq. and Matthew N. Horowitz, Esq., and the law firm of ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A. respectfully request that the Court allow them to withdraw as counsel of record for Plaintiff BRETT BOLTON, M.D., and as the basis therefor, state as follows:

1.    Plaintiff is currently being represented by the law firm Walter McGrath PLLC in these matters, who is Plaintiff's primary counsel.

2.    The Walker McGrath PLLC Firm and Plaintiff do not oppose this withdrawal.

WHEREFORE, the undersigned attorneys respectfully request that they be permitted to withdraw as counsel for Plaintiff in this case, and that the Court so Order.

1

Respectfully submitted on August 12, 2013.

           */s/ Robert H. Thornburg*

Robert H. Thornburg, Florida Bar No. 630829
rthornburg@addmg.com
Matthew N. Horowitz, Florida Bar No. 98564
mhorowitz@addmg.com
ALLEN, DYER, DOPPELT, MILBRATH
  & GILCHRIST, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL  33131
Telephone:     305-374-8303

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that August 12, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the document is being served this day via email transmission as well as a copy to follow via U.S Mail:

    Morgan J McGrath, Florida Bar No. 98685
    michael@walkermcgrath.com
    Michael Badford Walker, Florida Bar No. 98823
    morgan@walkermcgrath.com
    Walker McGrath PLLC
    101 NE Third Ave., Suite 1514
    Fort Lauderdale, FL 33301
    Telephone: 305-790-1314
    Facsimile: 305-675-6459
    *Attorneys for Plaintiff Brett Bolton, M.D.*


    J. Thompson Thornton
    Florida Bar No. 356107
    thornton@tdflaw.com
    THORNTON, DAVIS & FEIN, P.A.
    Brickell BayView Centre, Suite 2900
    80 Southwest 8th Street
    Miami, Florida 33130
    Tel: 305-446-2646
    Fax; 305-441-2374
    *Attorneys for Defendants Bosley,*
    *Inc. and Aderans Co. Ltd.*


                                     */s/ Robert H. Thornburg*_____