UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 13-CIV-60153-ROSENBAUM/HUNT**

BRETT BOLTON, M.D., an individual,

    Plaintiff,

vs.

BOSLEY, INC. a California corporation,
and ADERANS CO. LTD., a Japanese
corporation,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, ADERANS CO. LTD**

Plaintiff BRETT BOLTON, M.D., through its undersigned counsel, hereby dismisses the above action without prejudice against Defendant ADERANS CO. LTD pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 16 August 2013.

_____

Michael Bradford Walker
Florida Bar No. 98823
michael@walkermcgrath.com
Morgan J. McGrath
Florida Bar Number: 98685
morgan@walkermcgrath.com
WALKER McGRATH PLLC
101 NE Third Avenue, Suite 1514
Fort Lauderdale, FL 33301
Telephone:    (305) 790-1314
Facsimile:    (305) 675-6459

Counsel to Plaintiff Dr. Brett Bolton

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 16th day of August 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              **WALKER McGRATH PLLC**
*Attorneys for Plaintiff*
101 NE Third Avenue, Suite 1514
Fort Lauderdale, FL 33301
Telephone:    (305) 790-1314
Facsimile:    (305) 675-6459

By: _____
     **MICHAEL B. WALKER**
     Florida Bar No. 98823

## SERVICE LIST

*BRETT BOLTON, M.D. V. BOSLEY, INC. AND ADERANS CO. LTD.*
*CASE NO.: 13-CV-60153-RSR*

**Attorneys for Defendants:**

**J. Thompson Thornton**
Thornton, Davis & Fein, P.A.
80 SW 8th St Ste 2900
Miami, Florida 33130-3036
Phone: 305.446.2646
thornton@tdflaw.com

**Daniella Friedman**
Thornton, Davis & Fein, P.A.
80 SW 8th St Ste 2900
Miami, Florida 33130-3036
Phone: 305.446.2646
friedman@tdflaw.com