UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  13-60153-CIV-ROSENBAUM

BRETT BOLTON, M.D., an individual,

      Plaintiff,

v.

BOSLEY, INC., a California corporation,
and ADERANS CO., LTD., a Japanese
corporation,

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ADERANS CO., LTD.

This matter is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Aderans Co., Ltd. [D.E. 33]. In this filing, Plaintiff stipulates to the dismissal without prejudice of this case against Defendant Aderans Co., Ltd., pursuant to Rule 41(a)(1), Fed. R. Civ. P.  Upon consideration, it is hereby **ORDERED and ADJUDGED** that the Notice of Voluntary Dismissal Without Prejudice as to Defendant Aderans Co., Ltd., [D.E. 33] is approved and adopted, and the above-styled case is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Aderans Co., Ltd.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of August 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record