UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-cv-60153-RSR

BRETT BOLTON, M.D., an individual,

    Plaintiff,

v.

BOSLEY, INC., a California corporation,
BOSLEY MEDICAL GROUP, P.A., a
Florida corporation, and BOSLEY
MEDICAL GROUP, a medical corporation,
a California corporation,

    Defendants

## NOTICE OF PENDING SETTLEMENT

Plaintiff, BRETT BOLTON, M.D., and Defendants, BOSLEY, INC., a California corporation, BOSLEY MEDICAL GROUP, P.A., a Florida corporation, and BOSLEY MEDICAL GROUP, a medical corporation, a California corporation, hereby give notice to the Court of the settlement of the above matter. The parties anticipate concluding all necessary terms of the settlement including submission of a joint stipulation for dismissal with prejudice within thirty (30) days of this notice. Accordingly, the parties request that the Court abate any action with respect to any pending matters and permit the parties hereto to finalize their settlement and submit the appropriate stipulation for dismissal within thirty (30) days of this notice.

**THORNTON, DAVIS & FEIN, P.A.**
*Attorneys for Defendants*
Brickell BayView Centre, Suite 2900
80 Southwest 8th Street
Miami, Florida 33130
Tel:   (305) 446-2646
Fax:   (305) 441-2374

By:   */s/ J. Thompson Thornton*
     **J. THOMPSON THORNTON**
     Email: thornton@tdflaw.com
     Florida Bar No.: 356107

**JOHNSON & MARTIN, P.A.**
*Attorneys for Plaintiff*
500 W. Cypress Creek Road
Suite 430
Fort Lauderdale, FL 33309
Tel:   (954) 790-6699
Fax:   (954) 206-0017

By:   */s/ Joshua D. Martin*
     **Joshua D. Martin**
     Email: josh.martin@johnsonmartinlaw.com
     Florida Bar No. 028100