UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-cv-60153-RSR

BRETT BOLTON, M.D., an individual,  :
:
    Plaintiff,                               :
:
v.                                                      :
:
BOSLEY, INC., a California corporation,   :
BOSLEY MEDICAL GROUP, P.A., a       :
Florida corporation, and BOSLEY           :
MEDICAL GROUP, a medical corporation, :
a California corporation,                          :
:
    Defendants                            :
_____/

## ORDER

THIS CAUSE having come before the Court upon Plaintiff and Defendants' Notice of Pending Settlement and the Court being otherwise fully apprised, hereby

ORDERED AND ADJUDGED that all matters pending before the Court are hereby abated for thirty (30) days from the date of this Order. The parties are instructed to complete the settlement within thirty (30) days and submit a joint stipulation for dismissal in accordance with the representations made to this Court.

DONE AND ORDERED in Chambers, this _____ day of _____, 2014.

_____
HON. ROBIN S. ROSENBAUM
U.S. District Court Judge

Copies furnished to:

All Counsel of Record